
Official Form 3
(12/03)

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Anthony Clark**                                        Case No.  __05-00328__

                              Debtor(s)                         Chapter  **13**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **0.00** in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

    $  __20.00__  Check one    ■ With the filing of the petition, or
                                ☐ On or before

    $  __58.00__  on or before  __01/31/05__

    $  __58.00__  on or before  __02/14/05__

    $  __58.00__  on or before  __03/07/05__

*FILED JAN 0 5 2005 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS KENNETH S. GARDNER, CLERK PS REP.*

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  __December 11, 2004__           Signature  __Anthony Clark__
                                                  Anthony Clark
_____                         Debtor
Attorney for Debtor(s)
GLENDA J. GRAY 06185507
LAW OFFICES OF GLENDA J. GRAY
330 NORTH WABASH
SUITE 2618
CHICAGO, IL 60611
(312) 755-1010
Fax: (312) 755-1020
LADYLAWGRAY@AOL



Official Form 3 continued
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anthony Clark**  
                                        Debtor(s)

Case No. _____  
Chapter   **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date _____

_____  
UNITED STATES BANKRUPTCY JUDGE