```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00328
   ANTHONY CLARK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5418


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/05/05 and confirmed on 05/11/05.

     2.  The case was dismissed after confirmation, 07/18/2008.

     3.  The Debtor paid a total of $   47070.17 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED             17050.00       1550.52        17050.00
GUARANTY BANK              CURRENT MORTG            .00           .00             .00
GUARANTY BANK              MORTGAGE ARRE            .00           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY            36621.42           .00        17612.37
PLAZA ASSOCIATES           UNSECURED          NOT FILED          .00             .00
MANAGER LABOR RELATIONS    SPECIAL CLASS      NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   UNSECURED            9457.96           .00             .00
GLENDA J GRAY              REIMBURSEMENT         174.00           .00          174.00
CAPITAL ONE AUTO FINANCE   UNSECURED            5257.00           .00             .00
GREATER ILLINOIS TITLE     SECURED                  .00           .00             .00
CAVALRY INVESTMENTS LLC    UNSECURED             781.72           .00             .00
           Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  17050.00    36795.42     15496.68        .00       69342.10
PRINCIPAL PAID      17050.00    17786.37          .00        .00       34836.37
INTEREST PAID        1550.52         .00          .00        .00        1550.52
TOTAL PAID          18600.52    17786.37          .00        .00       36386.89
The Debtor's attorney, GLENDA J GRAY               , was allowed $   2200.00
and was paid $    2200.00 .

The Trustee received $    1744.48 .

Refunds to the Debtor totaled $    6738.80 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```